**AFFIRM; and Opinion Filed August 4, 2014.**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

No. 05-13-00923-CR
No. 05-13-00933-CR

**REBECCA JEAN CAGLE, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 203rd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause Nos. F11-45513-P, F10-11213-P**

## MEMORANDUM OPINION

Before Justices Moseley, O'Neill, and FitzGerald
Opinion by Justice O'Neill

Rebecca Jean Cagle appeals from the adjudication of her guilt for theft of property less than $1,500, having two prior theft convictions and theft of property valued at $1,500 or more but less than $20,000. *See* TEX. PENAL CODE ANN. § 31.03(a), (e)(4) (West Supp. 2013). The trial court assessed punishment at two years' confinement in state jail in each case. On appeal, appellant's attorney filed a brief in which she concludes the appeals are wholly frivolous and without merit. The brief meets the requirements of *Anders v. California*, 386 U.S. 738 (1967). The brief presents a professional evaluation of the record showing why, in effect, there are no arguable grounds to advance. *See High v. State*, 573 S.W.2d 807, 811–12 (Tex. Crim. App.

[Panel Op.] 1978). Counsel delivered a copy of the brief to appellant. We advised appellant of her right to file a pro se response, but she did not file a pro se response. *See Kelly v. State*, 2014 WL 2865901 (Tex. Crim. App. June 25, 2014) (identifying duties of appellate courts and appellate counsel in *Anders* cases).

We have reviewed the record and counsel's brief. *See Bledsoe v. State*, 178 S.W.3d 824, 826–27 (Tex. Crim. App. 2005) (explaining appellate court's duty in *Anders* cases). We agree the appeals are frivolous and without merit. We find nothing in the record that might arguably support the appeals.

We affirm the trial court's judgments.

/Michael J. O'Neill/
MICHAEL J. O'NEILL
JUSTICE

Do Not Publish
TEX. R. APP. P. 47

130923F.U05



# Court of Appeals
# Fifth District of Texas at Dallas

## JUDGMENT

REBECCA JEAN CAGLE, Appellant

No. 05-13-00923-CR     V.

THE STATE OF TEXAS, Appellee

Appeal from the 203rd Judicial District
Court of Dallas County, Texas (Tr.Ct.No.
F11-45513-P).
Opinion delivered by Justice O'Neill,
Justices Moseley and FitzGerald
participating.

Based on the Court's opinion of this date, the trial court's judgment is **AFFIRMED**.

Judgment entered August 4, 2014.



# Court of Appeals
# Fifth District of Texas at Dallas

## JUDGMENT

REBECCA JEAN CAGLE, Appellant

No. 05-13-00933-CR          V.

THE STATE OF TEXAS, Appellee

Appeal from the 203rd Judicial District
Court of Dallas County, Texas (Tr.Ct.No.
F10-11213-P).
Opinion delivered by Justice O'Neill,
Justices Moseley and FitzGerald
participating.

Based on the Court's opinion of this date, the trial court's judgment is **AFFIRMED**.

Judgment entered August 4, 2014.